[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 6, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14996
Non-Argument Calendar

_____

D.C. Docket No. 89-05015-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(June 6, 2008)**

Before CARNES, BARKETT, and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Derrick Williams, has filed a motion

to withdraw on appeal, supported by a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Williams' supervised release and his sentence are **AFFIRMED**.